UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON,<br><br>    Plaintiff(s),<br><br>v.<br><br>WESTCOR LAND TITLE INSURANCE COMPANY,<br><br>    Defendant(s). | Case No.: 2:19-cv-01561-RFB-NJK<br><br>**ORDER**<br><br>(Docket No. 5) |

Pending before the Court is Plaintiff's motion for an extension of time to serve summons and complaint. Docket No. 5. For good cause shown, the Court **GRANTS** the motion. *Id.* Accordingly, Plaintiff shall serve process on Defendant no later than January 31, 2020.

IT IS SO ORDERED.

Dated: January 2, 2020

                                                                                              Nancy J. Koppe
                                                                                              United States Magistrate Judge