WRIGHT, FINLAY & ZAK, LLP
Lindsay D. Robbins, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7967; Fax: (702) 946-1345
lrobbins@wrightlegal.net
*Attorneys for Plaintiff, The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificateholders CWALT Inc., Alternative Loan Trust 2006-6CB, Mortgage Pass-Through Certificates, Series 2006-6CB*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS CWALT INC., ALTERNATIVE LOAN TRUST 2006-6CB, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-6CB,<br><br>Plaintiff,<br><br>vs.<br><br>WESTCOR LAND TITLE INSURANCE COMPANY,<br><br>Defendant. | Case No.: 2:19-cv-01561-RFB-NJK<br><br>**STIPULATION AND ORDER TO STAY CASE PENDING APPEAL** |

Plaintiff, The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificateholders CWALT Inc., Alternative Loan Trust 2006-6CB, Mortgage Pass-Through Certificates, Series 2006-6CB (hereinafter "BONY"), and Defendant Westcor Land Title Insurance Company, ("Westcor") (collectively, the "Parties"), by and through their counsel of record, hereby agree and stipulate as follows.

**WHEREAS**, BONY filed this action on September 6, 2019 [ECF No. 1];

**WHEREAS**, BONY caused the Complaint and Summons to be served on Westcor on December 31, 2019 [ECF No. 7];

**WHEREAS**, Westcor's current deadline to respond to the Complaint is January 21, 2020;

**WHEREAS**, there are now currently pending in the United States District Court for the District of Nevada more than three dozen actions between national banks, on the one hand, and their title insurers, on the other hand (the "Actions");

**WHEREAS**, each of the Actions involves a title insurance coverage dispute wherein the national bank contends, and the title insurer disputes, that a title insurance claim involving an HOA assessment lien and subsequent sale was covered by a policy of title insurance;

**WHEREAS**, in virtually all of these Actions, the title insurer underwrote an ALTA 1992 loan policy of title insurance with form 1 coverage, along with the CLTA 100/ALTA 9 Endorsement and either the CLTA 115.1/ALTA 4 Endorsement or the CLTA 115.2/ALTA 5 Endorsement (the "Form Policy");

**WHEREAS**, each of the Actions implicates common questions of interpretation of the Form Policy;

**WHEREAS**, the national bank in one of these actions has now appealed a judgment of dismissal to the Ninth Circuit Court of Appeals, *Wells Fargo Bank, N.A. v. Fidelity National Title Ins. Co.*, Ninth Cir. Case No. 19-17332 (District Court Case No. 3:19-cv-00241-MMD-WGC) (the "*Wells Fargo II* Appeal");

**WHEREAS**, the Parties anticipate that the Ninth Circuit Court of Appeals' decision in the *Wells Fargo II* Appeal will likely touch upon issues regarding the interpretation of the Form Policy and the reasonableness of the insurer's denial, that could potentially affect the disposition of the other Actions, including the instant action;

**WHEREAS** both of the Parties agree that it is appropriate and desirous to stay the instant action pending the disposition of the *Wells Fargo II* Appeal, that a stay of the instant action will not prejudice either of the Parties, and that a stay of the instant action will best serve the interests of judicial economy (given the possibility that the Ninth Circuit Court of Appeals' decision on the *Wells Fargo II* Appeal might affect the disposition of this case);

**NOW THEREFORE**, the Parties, by and through their undersigned counsel, hereby stipulate and agree as follows:

1. The instant action shall immediately be **STAYED**, pending the disposition of the *Wells Fargo II* Appeal.
2. Westcor's deadline to respond to the Complaint is hereby **VACATED**.
3. By entering into this stipulation, neither of the Parties is waiving its right to subsequently move the Court for an order lifting the stay in this action.

DATED this 22nd day of January, 2020.        DATED this 22nd day of January, 2020.

**WRIGHT, FINLAY & ZAK, LLP**                **RESNICK & LOUIS, P.C.**

*/s/ Lindsay D. Robbins*                     */s/ Sue Trazig Cavaco*
Lindsay D. Robbins, Esq.                     Sue Trazig Cavaco, Esq.
Nevada Bar No. 13474                         Nevada Bar No. 6150
7785 W. Sahara Ave., Suite 200               8925 West Russel Rd., Suite 220
Las Vegas, NV 89117                          Las Vegas, NV 89148
*Attorney for Plaintiff*                     *Attorneys for Defendant, Westcor Land Title Insurance Company*

**IT IS SO ORDERED.**

Dated this  31st  day of  January , 2020.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE