WRIGHT, FINLAY & ZAK, LLP
Lindsay D. Robbins, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7967; Fax: (702) 946-1345
lrobbins@wrightlegal.net
*Attorney for Plaintiff, The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificateholders CWALT Inc., Alternative Loan Trust 2006-6CB, Mortgage Pass-Through Certificates, Series 2006-6CB*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS CWALT INC., ALTERNATIVE LOAN TRUST 2006-6CB, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-6CB, <br><br> Plaintiff, <br><br> vs. <br><br> WESTCOR LAND TITLE INSURANCE COMPANY, <br><br> Defendant. | Case No.: 2:19-cv-01561-RFB-NJK <br><br> **NOTICE OF DISASSOCIATION AND WITHDRAWAL OF COUNSEL** |

Plaintiff, The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificateholders CWALT Inc., Alternative Loan Trust 2006-6CB, Mortgage Pass-Through Certificates, Series 2006-6CB (hereinafter referred to as "BONY"), by and through its attorney of record of the law firm of Wright, Finlay & Zak, LLP, hereby gives notice that Matthew S. Carter, Esq. is no longer an attorney associated with Wright, Finlay & Zak, LLP. Wright, Finlay

///

///

& Zak, LLP will continue to represent BONY and requests that Lindsay D. Robbins, Esq. receive all future notices.

DATED this 29th day of January, 2020.

WRIGHT, FINLAY & ZAK, LLP

**APPROVED:**

**DATED this** 31st day of January, 2020.

*/s/ Lindsay D. Robbins, Esq.*
Lindsay D. Robbins, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
*Attorney for Plaintiff, The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificateholders CWALT Inc., Alternative Loan Trust 2006-6CB, Mortgage Pass-Through Certificates, Series 2006-6CB*

RICHARD F. BOULWARE, II
United States District Judge

## **CERTIFICATE OF SERVICE**

Pursuant to F.R.C.P. 5(b) and Electronic Filing Procedure IV(B), I certify that on the 29th day of January, 2020, a true and correct copy of this **NOTICE OF DISASSOCIATION AND WITHDRAWAL OF COUNSEL** was transmitted electronically through the Court's e-filing electronic system to the attorney(s) associated with this case and/or served by depositing a true copy of same in the United States Mail, at Las Vegas, Nevada, addressed as follows:

RESNICK & LOUIS, P.C.
Email: scavaco@rlattorneys.com

*/s/ Faith Harris*
An Employee of WRIGHT, FINLAY & ZAK, LLP