AARON R. MAURICE, ESQ.
Nevada Bar No. 6412
BRITTANY WOOD, ESQ.
Nevada Bar No. 7562
ELIZABETH E. ARONSON, ESQ.
Nevada Bar No. 14472
**MAURICE WOOD**
8250 West Charleston Blvd., Suite 100
Las Vegas, Nevada 89117
Telephone:  (702) 463-7616
Facsimile:  (702) 463-6224
E-Mail:     amaurice@mauricewood.com
            bwood@mauricewood.com
            earonson@mauricewood.com

Attorneys for Defendant,
Westcor Land Title Insurance Company

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS CWALT INC., ALTERNATIVE LOAN TRUST 2006-6CB, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-6CB,<br><br>Plaintiff,<br><br>vs.<br><br>WESTCOR LAND TITLE INSURANCE COMPANY,<br><br>Defendant. | CASE NO. 2:19-cv-01561-RFB-NJK<br><br>**SUBSTITUTION OF ATTORNEY** |

PLEASE TAKE NOTICE that, subject to approval by the Court, Defendant Westcor Land Title Insurance Company hereby substitutes Aaron Maurice, Brittany Wood, and Elizabeth Aronson, of MAURICE WOOD, as counsel of record in place of Sue Trazig Cavaco and Emily Navasca Bordelove. All future notices in this matter should be sent to:

**MAURICE WOOD**
8250 West Charleston Blvd., Suite 100
Las Vegas, Nevada 89117
Telephone:  (702) 463-7616
Facsimile:  (702) 463-6224
Email: amaurice@mauricewood.com; bwood@mauricewood.com; earonson@mauricewood.com

| | | |
|---|---|---|
| 1 | I consent to the substitution. | WESTCOR LAND TITLE INSURANCE COMPANY |
| 3 | Date:   December 21, 2021 | /s/ Wesley Levins |
| 5 | We consent to the substitution. | |
| 7 | Date:   January 4, 2022 | /s/ Emily Navasca Bordelove |
| 9 | Date:   December 21, 2021 | /s/ Sue Trazig Cavaco |
| 11 | We consent to the substitution. | MAURICE WOOD |
| 13 | Date:   December 21, 2021 | /s/ Brittany Wood |
| 15 | Date:   December 21, 2021 | /s/ Aaron R. Maurice |
| 17 | Date:   December 21, 2021 | /s/ Elizabeth Aronson |

The substitution of attorney is hereby **APPROVED** and so **ORDERED**.

Date: January 5, 2022

_____
UNITED MAGISTRATE JUDGE